| | | | | | |
|---|---|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF
Jose M. Castillo v.s. Steven O'Brien Superintendent, and Thomas F. Reilly, Atty. Gen'l

FOR AT: **05-40040**

PERSON REPRESENTED (Show your full name)
Jose M. Castillo

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes   ☒ No   ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed?   ☐ Yes   ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ _____   SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☒ Yes   ☐ No   IF YES, state total amount $ approx. $600.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  2/27/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ x [signature]

MASSACHUSETTS  
DEPARTMENT OF CORRECTION  
Inmate Transaction History  
Summary Report

NCCI-GARDNER

| | | | |
|---|---|---|---|
| Inmate Name............. | Jose | Castillo | |
| Commitment number.... | W68604 | | |
| Period encompassed.... | 7/14/2003 | THRU | 1/14/2005 |
| Six Month Average Daily Balance | 37.88 | 521.24 | 559.12 |
| 20% of Six Month Average Daily Balance | 111.82 | | |
| Total Expenditures for Period | | | 631.99 |
| Total Income for Period | | | 827.15 |

To the best of my knowledge, the above
summary information is true and accurate:

Signed _Sheila Cregg_
Sheila Cregg, Treasurer

Time: _1:50pm_

Date: _1/14/05_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050114 12:32

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Commit# : | W68604 | | | NCCI GARDNER | | |
| Name : | CASTILLO, JOSE, M, | | | Statement From | 20040714 | |
| Inst : | NCCI GARDNER | | | To | 20050114 | |
| Block : | H BUILDING 2 | | | | | |
| Cell/Bed : | 30 /A | | | | 33.51 | 426.71 |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,236.55 | $2,203.04 | $939.92 | $513.21 |
| 20040714 22:30 | CN - Canteen | 3091762 | | GAR | ~Canteen Date : 20040714 | $0.00 | $19.12 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3100867 | | GAR | ~20040627 To 20040703 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3100868 | | GAR | ~20040627 To 20040703 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040721 22:30 | CN - Canteen | 3122941 | | GAR | ~Canteen Date : 20040721 | $0.00 | $16.61 | $0.00 | $0.00 |
| 20040721 23:03 | PY - Payroll | 3129483 | | GAR | ~20040704 To 20040710 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040721 23:03 | PY - Payroll | 3129484 | | GAR | ~20040704 To 20040710 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040722 14:57 | IC - Transfer from Inmate to Club A/c | 3132444 | | GAR | ~HAIRCUT LIST 07-22-04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3158006 | | GAR | ~20040711 To 20040717 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3158007 | | GAR | ~20040711 To 20040717 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040804 22:30 | CN - Canteen | 3176570 | | GAR | ~Canteen Date : 20040804 | $0.00 | $15.99 | $0.00 | $0.00 |
| 20040804 23:04 | PY - Payroll | 3186392 | | GAR | ~20040718 To 20040724 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040804 23:04 | PY - Payroll | 3186393 | | GAR | ~20040718 To 20040724 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040809 10:44 | ML - Mail | 3196192 | | GAR | ~BODZ, ANGELA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040809 11:43 | ML - Mail | 3196372 | | GAR | ~CASTILLO, YOLONDA, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3212457 | | GAR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3212458 | | GAR | | $0.00 | $0.00 | $0.69 | $0.00 |
| 20040811 22:30 | CN - Canteen | 3222474 | | GAR | ~Canteen Date : 20040811 | $0.00 | $21.27 | $0.00 | $0.00 |
| 20040811 23:03 | PY - Payroll | 3230316 | | GAR | ~20040725 To 20040731 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040811 23:03 | PY - Payroll | 3230317 | | GAR | ~20040725 To 20040731  105.04 | $0.00  74.49 | $0.00  35.69 | $7.00 | $0.00 |
| 20040817 22:30 | CN - Canteen | 3247243 | | GAR | ~Canteen Date : 20040817 | $0.00 | $29.90 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3259192 | | GAR | ~20040801 To 20040807 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3259193 | | GAR | ~20040801 To 20040807 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040824 10:18 | AT - Account Transfer | 3273341 | | GAR | ~HAIR CUT 08-19-04~W68604 CASTILLO,JOSE M PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040824 10:19 | IC - Transfer from Inmate to Club A/c | 3273342 | | GAR | ~HAIR CUT 08-19-04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040825 22:30 | CN - Canteen | 3280785 | | GAR | ~Canteen Date : 20040825 | $0.00 | $26.09 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3287496 | | GAR | ~20040808 To 20040814 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3287497 | | GAR | ~20040808 To 20040814 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040901 22:30 | CN - Canteen | 3308871 | | GAR | ~Canteen Date : 20040901 | $0.00 | $21.17 | $0.00 | $0.00 |
| 20040901 23:04 | PY - Payroll | 3315630 | | GAR | ~20040815 To 20040821 | $7.00 | $0.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050114 12:32

Page: 2

| Commit# : | W68604 | | | | NCCI GARDNER | | | | |
| Name : | CASTILLO, JOSE, M, | | | | Statement From | 20040714 | | | |
| Inst : | NCCI GARDNER | | | | To | 20050114 | | | |
| Block : | H BUILDING 2 | | | | | | | | |
| Cell/Bed : | 30 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040901 23:04 | PY - Payroll | 3315631 | | GAR | ~20040815 To 20040821 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040908 08:53 | ML - Mail | 3330366 | | GAR | ~CASTILLO, YOLONDA, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338592 | | GAR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338593 | | GAR | | $0.00 | $0.00 | $0.83 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3356856 | | GAR | ~20040822 To 20040828 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3356857 | | GAR | ~20040822 To 20040828   59.56 | $0.00   78.66 | $0.00   28.83 | $7.00   1.50 | $0.00 |
| 20040915 22:30 | CN - Canteen | 3379036 | | GAR | ~Canteen Date : 20040915 | $0.00 | $33.66 | $0.00 | $0.00 |
| 20040915 23:03 | PY - Payroll | 3386429 | | GAR | ~20040829 To 20040904 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040915 23:03 | PY - Payroll | 3386430 | | GAR | ~20040829 To 20040904 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040922 08:44 | ML - Mail | 3404534 | | GAR | ~CASTILLO, YOLONDA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040922 22:30 | CN - Canteen | 3408459 | | GAR | ~Canteen Date : 20040922 | $0.00 | $15.64 | $0.00 | $0.00 |
| 20040922 23:03 | PY - Payroll | 3414924 | | GAR | ~20040905 To 20040911 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040922 23:03 | PY - Payroll | 3414925 | | GAR | ~20040905 To 20040911 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040923 13:19 | IC - Transfer from Inmate to Club A/c | 3416863 | | GAR | ~HAIR CUT 09-22-04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040923 13:19 | AT - Account Transfer | 3416862 | | GAR | ~HAIR CUT 09-22-04~W68604 CASTILLO,JOSE M  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040929 22:30 | CN - Canteen | 3435078 | | GAR | ~Canteen Date : 20040929 | $0.00 | $28.28 | $0.00 | $0.00 |
| 20040929 23:04 | PY - Payroll | 3441932 | | GAR | ~20040912 To 20040918 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040929 23:04 | PY - Payroll | 3441933 | | GAR | ~20040912 To 20040918 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041006 23:05 | PY - Payroll | 3473022 | | GAR | ~20040919 To 20040925 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041006 23:05 | PY - Payroll | 3473023 | | GAR | ~20040919 To 20040925 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041012 22:30 | CN - Canteen | 3491148 | | GAR | ~Canteen Date : 20041012 | $0.00 | $15.21 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503783 | | GAR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503784 | | GAR | | $0.00 | $0.00 | $0.92 | $0.00 |
| 20041013 23:03 | PY - Payroll | 3520229 | | GAR | ~20040926 To 20041002 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041013 23:03 | PY - Payroll | 3520230 | | GAR | ~20040926 To 20041002   56.54 | $0.00   94.28 | $0.00   35.92 | $7.00   1.50 | $0.00 |
| 20041020 23:03 | PY - Payroll | 3552606 | | GAR | ~20041003 To 20041009 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041020 23:03 | PY - Payroll | 3552607 | | GAR | ~20041003 To 20041009 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041022 11:25 | IC - Transfer from Inmate to Club A/c | 3560259 | | GAR | ~HAIRCUT 10-21-04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041022 11:25 | AT - Account Transfer | 3560258 | | GAR | ~HAIRCUT 10-21-04~W68604 CASTILLO,JOSE M  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20041026 10:34 | ML - Mail | 3569480 | | GAR | ~CASTILLO, YOLONDA, , | $80.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050114 12:32

| | | | | | |
|---|---|---|---|---|---|
| **Commit#:** | W68604 | | | **NCCI GARDNER** | **Page: 3** |
| **Name:** | CASTILLO, JOSE, M, | | **Statement From** | 20040714 | |
| **Inst:** | NCCI GARDNER | | **To** | 20050114 | |
| **Block:** | H BUILDING 2 | | | | |
| **Cell/Bed:** | 30 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041026 10:34 | MA - Maintenance and Administration | 3569481 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041026 22:30 | CN - Canteen | 3573300 | | GAR | ~Canteen Date : 20041026 | $0.00 | $13.46 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3581877 | | GAR | ~20041010 To 20041016 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3581878 | | GAR | ~20041010 To 20041016 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041103 22:30 | CN - Canteen | 3609274 | | GAR | ~Canteen Date : 20041103 | $0.00 | $26.47 | $0.00 | $0.00 |
| 20041103 23:05 | PY - Payroll | 3614819 | | GAR | ~20041017 To 20041023 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041103 23:05 | PY - Payroll | 3614820 | | GAR | ~20041017 To 20041023 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041105 09:20 | ML - Mail | 3623154 | | GAR | ~CASTILLO, YOLONDA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041105 09:20 | MA - Maintenance and Administration | 3623155 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3638478 | | GAR | ~Canteen Date : 20041109 | $0.00 | $17.66 | $0.00 | $0.00 |
| 20041110 11:24 | EX - External Disbursement | 3642248 | 36491 | GAR | ~MASS CORR OPTICAL~MASS CORR OPTICAL | $0.00 | $130.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649463 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649464 | | GAR | | $0.00 | $0.00 | $1.10 | $0.00 |
| 20041110 23:06 | PY - Payroll | 3665659 | | GAR | ~20041024 To 20041030 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041110 23:06 | PY - Payroll | 3665660 | | GAR | ~20041024 To 20041030  209.55 | $0.00  191.09 | $0.00  29.10 | $7.00  1.50 | $0.00 |
| 20041116 22:30 | CN - Canteen | 3684524 | | GAR | ~Canteen Date : 20041116 | $0.00 | $12.39 | $0.00 | $0.00 |
| 20041117 23:04 | PY - Payroll | 3695196 | | GAR | ~20041031 To 20041106 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041117 23:04 | PY - Payroll | 3695197 | | GAR | ~20041031 To 20041106 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041123 22:30 | CN - Canteen | 3716517 | | GAR | ~Canteen Date : 20041123 | $0.00 | $18.59 | $0.00 | $0.00 |
| 20041124 23:04 | PY - Payroll | 3729131 | | GAR | ~20041107 To 20041113 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041124 23:04 | PY - Payroll | 3729132 | | GAR | ~20041107 To 20041113 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041130 13:05 | AT - Account Transfer | 3740574 | | GAR | ~HAIRCUT 11-17-04~W68604 CASTILLO,JOSE M  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20041130 13:06 | IC - Transfer from Inmate to Club A/c | 3740575 | | GAR | ~HAIRCUT 11-17-04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041201 23:07 | PY - Payroll | 3754963 | | GAR | ~20041114 To 20041120 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041201 23:07 | PY - Payroll | 3754964 | | GAR | ~20041114 To 20041120 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041206 11:24 | ML - Mail | 3769338 | | GAR | ~YOLANDA CASTILLO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041206 11:24 | MA - Maintenance and Administration | 3769339 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3782539 | | GAR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3782540 | | GAR | | $0.00 | $0.00 | $1.24 | $0.00 |
| 20041208 22:30 | CN - Canteen | 3800201 | | GAR | ~Canteen Date : 20041208 | $0.00 | $12.97 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050114 12:32

| | | | |
|---|---|---|---|
| Commit# : | W68604 | NCCI GARDNER | Page: 4 |
| Name : | CASTILLO, JOSE, M, | Statement From 20040714 | |
| Inst : | NCCI GARDNER | To 20050114 | |
| Block : | H BUILDING 2 | | |
| Cell/Bed : | 30 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041208 23:08 | PY - Payroll | 3805639 | | GAR | ~20041121 To 20041127 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041208 23:08 | PY - Payroll | 3805640 | | GAR | ~20041121 To 20041127 | $0.00 | $0.00 | $7.00 | $0.00 |
| | | | | | | 59.61  46.45 | 29.24 | 1.50 | |
| 20041215 22:30 | CN - Canteen | 3834743 | | GAR | ~Canteen Date : 20041215 | $0.00 | $29.36 | $0.00 | $0.00 |
| 20041215 23:05 | PY - Payroll | 3840228 | | GAR | ~20041128 To 20041204 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041215 23:05 | PY - Payroll | 3840229 | | GAR | ~20041128 To 20041204 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041217 08:59 | ML - Mail | 3848780 | | GAR | ~LIND, ESTHER, , | $60.00 | $0.00 | $0.00 | $0.00 |
| 20041217 11:08 | IC - Transfer from Inmate to Club A/c | 3849813 | | GAR | ~Z12 ~CATHOLIC CHAPLAIN - Z12~CATHOLIC CHAPLAIN - Z12 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20041222 22:30 | CN - Canteen | 3868552 | | GAR | ~Canteen Date : 20041222 | $0.00 | $61.18 | $0.00 | $0.00 |
| 20041222 23:05 | PY - Payroll | 3877012 | | GAR | ~20041205 To 20041211 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041222 23:05 | PY - Payroll | 3877013 | | GAR | ~20041205 To 20041211 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041228 10:45 | ML - Mail | 3892041 | | GAR | ~CASTILLO, YOLONDA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3902883 | | GAR | ~Canteen Date : 20041229 | $0.00 | $44.47 | $0.00 | $0.00 |
| 20041229 23:05 | PY - Payroll | 3910019 | | GAR | ~20041212 To 20041218 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041229 23:05 | PY - Payroll | 3910020 | | GAR | ~20041212 To 20041218 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20041230 14:17 | AT - Account Transfer | 3913888 | | GAR | ~haircut 12-15-04~W68604 CASTILLO,JOSE M PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20041230 14:18 | IC - Transfer from Inmate to Club A/c | 3913891 | | GAR | ~HAIRcut 12-15-04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3940536 | | GAR | ~20041219 To 20041225 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3940537 | | GAR | ~20041219 To 20041225 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050110 09:20 | ML - Mail | 3953340 | | GAR | ~RODRIGUEZ, ANGELA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050110 09:20 | MA - Maintenance and Administration | 3953341 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050112 23:06 | PY - Payroll | 3973852 | | GAR | ~20041226 To 20050101 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050112 23:06 | PY - Payroll | 3973853 | | GAR | ~20041226 To 20050101 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983602 | | GAR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983603 | | GAR | | $0.00 | $0.00 | $1.49 | $0.00 |
| | | | | | | 141.58 | 139.51 | 36.49 | 1.50 |
| | | | | | | $631.88 | $624.49 | $195.27 | $7.50 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $40.90 | $614.48 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050114 12:32

| | | | | | | Page: 5 |
|---|---|---|---|---|---|---|
| Commit# : | W68604 | | | NCCI GARDNER | | |
| Name : | CASTILLO, JOSE, M, | | Statement From | 20040714 | | |
| Inst : | NCCI GARDNER | | To | 20050114 | | |
| Block : | H BUILDING 2 | | | | | |
| Cell/Bed : | 30 /A | | | | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $40.90 | $614.48 | $0.00 | $0.00 | $0.00 | $0.00 |