UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE M. CASTILLO,

                    Petitioner,

        v.                                      Civil Action No.  05-40040-FDS

STEVEN O'BRIEN, ET AL.,

                    Respondents.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit.

The application to proceed without prepayment of fees is:

☐     GRANTED.

☒     DENIED for the following reason(s):

        Petitioner has failed to demonstrate he is without sufficient funds
        to pay the $5.00 filing fee.

☒     Plaintiff shall pay the filing fee within forty-two (42) days of the date of this Order.
        Failure to pay the fee may result in dismissal of this action.

☒     By separate Order, the clerk shall be directed to serve the petition
        notwithstanding the unresolved filing fee issue.

SO ORDERED.

3. 7. 2005
_____
DATE

_____
F. DENNIS SAYLOR IV
UNITED STATES DISTRICT JUDGE