UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE M. CASTILLO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STEVEN J. O'BRIEN, )<br>)<br>Respondent. )<br> ) | Civil Action No. 05-40040-FDS |

**ASSENTED TO MOTION FOR A SCHEDULING ORDER**

Now comes the respondent, Steven O'Brien, the Superintendent of the North Central Correctional Institution, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to establish April 29, 2005 as the date for the petitioner's counsel to file a Memorandum of Law in Support of the Petition for Habeas Corpus and May 31, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set April 29, 2005 as the day the Petitioner must file a Memorandum of Law in Support of his Petition for Habeas Corpus and May 31, 2005 as the day that the Respondent must file a Memorandum of Law in Opposition thereto.

                                                Respectfully submitted,
                                                THOMAS  F.  REILLY
                                                Attorney General

                                                /s/ Eva M. Badway
                                                Eva M. Badway
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts 02108
                                                (617) 727-2200, ext. 2824
Dated: March 22, 2005                       BBO # 635431