UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Appendix A

| | |
|---|---|
| JOSE M. CASTILLO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-40040-FDS |
| ) | |
| STEVEN J. O'BRIEN, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

## RESPONDENT'S SUPPLEMENTAL ANSWER

1. Docket entries, *Commonwealth v. Castillo*, WOCR1999-00108.

2. Defendant-Appellant's Brief on Appeal, *Commonwealth v. Castillo*, No. 2003-P-264.

3. Defendant-Appellant's Record Appendix on Appeal, *Commonwealth v. Castillo*, No. 2003-P-264.

4. Commonwealth's Brief on Appeal, *Commonwealth v. Castillo*, No. 2003-P-264.

5. *Commonwealth v. Castillo*, 61 Mass. App. Ct. 1102, 807 N. E. 2d 252 (2004).

6. Defendant-Appellant's Application for Further Appellate Review, *Commonwealth v. Castillo*, FAR 14183.

7. Denial of FAR Application, *Commonwealth v. Castillo*, 442 Mass. 1103, 810 N.E. 2d 1229 (2004).

The original documents are maintained in the case file in the Clerk's office.

                                                      Respectfully submitted,

                                                      THOMAS F. REILLY
                                                      Attorney General

                                                      /s/ Eva M. Badway
                                                      Eva M. Badway
                                                      Assistant Attorney General
                                                      Criminal Bureau
                                                      One Ashburton Place
                                                      Boston, Massachusetts 02108
                                                      (617) 727-2200, ext. 2824

Dated: March 22, 2005                            BBO # 635431

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.