# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

## Motion to Amend the Briefing Schedule

Now comes the Petitioner, Jose M. Castillo, and moves this Honorable Court to amend the Briefing Schedule as follows:

- The petitioner's brief is to be due on May 31, 2005.
- The respondent's brief is to be due on June 30, 2005.

In support of said motion the petitioner states the following:

1. He is preparing to file a motion to amend the original petition for habeas corpus, and has discussed this with respondent's counsel.

2. A copy of the proposed amended petition will be sent to the respondent's counsel for her review.

3. The petitioner is also seeking to expand the record by including portions of the state trial court transcripts.

4. The respondent is obtaining copies of the transcripts from the state prosecutor's office, and the petitioner will cooperate with the respondent's counsel to ensure that she has a complete set of transcripts, including the several volumes of pretrial transcripts.

5. This motion to amend the briefing schedule is assented to by the Respondent.

Respectfully submitted,
JOSE M. CASTILLO
by his attorney

*/s/ James W. Rosseel*

James W. Rosseel, Esq.
P.O. Box 7294
Worcester, MA 01605
(508) 856-9444
BBO# 430400