UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE M. CASTILLO, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-40040-FDS |
| STEVEN J. O'BRIEN, ) | |
| Respondent. ) | |

## SUPPLEMENTAL ANSWER II

Pursuant to Rule 5 of the rules following 28 U.S.C. § 2254 enclosed is the Respondent's Supplemental Answer II which contains the following documents:

1. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Pre-Trial Proceedings, dated June 4, 1999.

2. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Motion Hearing, dated June 15, 1999.

3. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Volume 1, dated September 14, 2000

4. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Volume 2, dated September 18, 2000.

5. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Volume 3, dated September 20, 2000.

6. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Volume 4, dated September 20, 2000.

7. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Volume 5, dated September 21, 2000.

8. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Volume 6, dated September 28, 2000.

9. Transcript, *Commonwealth v. Jose M. Castillo*, Worcerster Criminal Case N. 99-108, Motion for a New Trial, dated December 19, 2001.

Respondent respectfully reserves the right to amend or supplement this Answer in the future should that need arise.

Respectfully submitted,
THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 18, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2005, I caused a copy of the above <u>Supplemental Answer II</u> to be served by first-class mail, postage prepaid, upon the petitioner's attorney, James W. Rosseel, *Esq.*, P.O. Box 7294, Worcester, Massachusetts 01605.

Eva M. Badway