UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

## Motion to Amend the Briefing Schedule

Now comes the Petitioner, Jose M. Castillo, and moves this Honorable Court to amend the Briefing Schedule as follows:

- The petitioner's brief is to be due on July 15, 2005.

- The respondent's brief is to be due on August 31, 2005.

In support of said motion the petitioner states the following:

1. On May 18, 2005 the Respondent filed a 2nd Supplemental Answer that included nine volumes of transcripts.

2. There are seven other volumes of transcripts of pre-trial proceedings that were not included in the Respondent's 2nd Supplemental Answer, because the respondent had not been furnished with copies of these transcript volumes.

3. The petitioner is filing herewith a motion to amend the Habeas Corpus petition that references and includes copies of these seven other transcript volumes.

4. This motion to amend the briefing schedule is assented to by the Respondent.

                                      Respectfully submitted,
                                      JOSE M. CASTILLO
                                      by his attorney

                                      James W. Rosseel, Esq.
                                      P.O. Box 7294
                                      Worcester, MA  01605
                                      (508) 856-9444
                                      BBO# 430400