UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

**Motion to Amend the Petition for Habeas Corpus**

Now comes the Petitioner, Jose M. Castillo, and moves this Honorable Court to amend the Petition for a Writ of Habeas Corpus as follows:

→ The petitioner amends paragraph 10 of his petition by answering "yes", and by deleting his original answer "no".

→ The petitioner amends paragraph 11 of his petition by incorporating by reference paragraphs 11(a)(1) through 11(a)(6) of the respondent's answer.

In support of said motion, the petitioner asserts the following:

1. Paragraph 10 of the original petition asked whether a previous petition, application, or motion with respect to this judgment had been filed.

2. The petitioner responded "no" to this question, a response that was incorrect.

3. The respondent, in its answer, correctly notes that the petitioner did file a motion for New Trial in the Worcester Superior Court.

4. The respondent, in its Answer, restates the grounds for the petitioner's New Trial motion, and also notes that the petitioner's New Trial motion was denied on November 4, 2002.

5. The respondent, in its Answer, did not "indicate what transcripts ... are available, (and) when they can be furnished ..." See Rules Governing Section 2254 Cases, Rule 5.

6. The respondent, in its "Supplemental Answer II" enclosed several volumes of transcripts, but did not enclose all of the available transcripts, and, in particular, did not enclose the following transcripts:

| Date | Description |
| --- | --- |
| 10/25/99 | Pretrial motions hearing before Gants, J., non-evidentiary |
| 11/03/99 | Pretrial motion hearing on Defendant's Motion to Dismiss and Motion for Change of Venue, Sosman, J. presiding, evidentiary hearing, day 1 |
| 11/04/99 | Pretrial motion hearing on Defendant's Motion to Dismiss and Motion for Change of Venue, Sosman, J. presiding, evidentiary hearing, day 2 |
| 11/05/99 | Pretrial motion hearing on Defendant's Motion to Dismiss and Motion for Change of Venue, Sosman, J. presiding, evidentiary hearing, day 3 |
| 11/18/99 | Pretrial motion hearing before Sosman, J., non-evidentiary |
| 12/06/99 | Pretrial "Bishop" motion hearing before Fecteau, J., non-evidentiary |
| 01/13/00 | Pretrial motion hearing before Toomey, J., non-evidentiary |

7. The petitioner encloses herewith a copy of each of these additional transcript volumes.

8. The respondent, in its Supplemental Answer, at Item #3, included the Record Appendix from the Massachusetts appellate court proceedings, but omitted to include pages 13 and 15 of the Record Appendix, the back pages of the two indictments in this case. The petitioner encloses herewith a copy of said pages 13 and 15 of the Record Appendix.

9. The petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the Commonwealth of Massachusetts, and including also his right of appeal both from the judgment of conviction and from the denial of his

**Motion for a New Trial.**

Respectfully submitted,
JOSE M. CASTILLO,
by his attorney

*/s/ James W. Rosseel*

James W. Rosseel, Esq.
P.O. Box 7294
Worcester, MA  01605
(508) 856-9444
BBO# 430400

Jose M. Castillo

99-0108-5

2/18/99
First
2nd Count

9/14/00
Jury Trial
Bohn, J

9/21/00
Verdict - Guilty
Sent 9/28/00
2:00 pm.
Held w/o Bail
Bohn, J  B/W r.g

9/28/00
5-7½ yrs C.J
V/W fee $60 m/h
Credit 6 40 days
not night of appeal
Bohn, J

12/15/00
C 4/19/01
D presume innocent
m. Canny

13

Jose M. Castillo
99-0108 -

2/8/98
Plea
2nd Wt J

9/14/00
Guy Trial
Bohn, J

9/21/00
Verdict - Guilty
Bohn, J

9/28/00
4-5 yrs CJ concurrent
w/sent on 99-0108(5)
Credit 640 days
Bohn, J

15

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.