UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE M. CASTILLO,<br>            Petitioner,<br>vs.<br><br>STEVEN O'BRIEN,<br>            Respondent. | CIVIL ACTION<br>NO. 05-40040-FDS |

## ORDER OF RECUSAL

**HILLMAN, M.J.**

By Order of Reference, this case has been referred to me for a Report and Recommendation on Jose M. Castillo's Petition for Writ of Habeas Corpus by a person in state custody in accordance with 28 U.S.C. §2254. The docket entries to the state court case reflect that as a Worcester Superior Court Judge, I ruled on a limited number of motions in the underlying state criminal case, including a motion which is the substance of one of the grounds for relief asserted in Mr. Castillo's Petition. For that reason, I hereby recuse myself in this matter.

BY ORDER OF THE COURT,

/s/ Lisa Roland
Deputy Clerk

Dated: March 4, 2008