## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Jose M. Castillo,
              Petitioner,

                                               CIVIL ACTION
     V.
                                               NO. 05-40040-FDS

Steven O'Brien,
              Respondents,

### ORDER OF DISMISSAL

Saylor, D.J.

    In accordance with the Court's Memorandum and Order dated 6/20/08 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                     By the Court,

 6/23/08                                             /s/ Martin Castles
   Date                                                 Deputy Clerk