# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

## NOTICE OF APPEAL

Notice is hereby given that Jose Castillo, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the 1st Circuit from the Final Judgment of Dismissal dated June 23, 2008, a judgment entered in accordance with the Memorandum and Order dated June 20, 2008.

Date: 7/7/2008

James W. Rosseel, Esq.