# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

## CERTIFICATE OF SERVICE

I, James W. Rosseel, Esq., hereby certify that on July 7, 2008, I served a copy of Notice of Appeal and of the Petitioner's Petitioner's Application For a Certificate Of Appealability on the following parties by way of the U.S. Mail.

Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1598
att'n: Eva M. Badway, Ass't Attorney General

Date: 7/7/2008

James W. Rosseel, Esq.