*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number 05-40040 FDS

Jose M. Castillo

V.

Steven O'Brien et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that all documents enclosed numbered

1-22

**are copies and should be discarded after use.**

The pleadings constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/7/08.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/8/08.

Sarah A Thornton, Clerk of Court

By:    /s/ Kathy Hassett
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

_____
Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

   **RETURN TO:  US DISTRICT COURT**
                **595 MAIN STREET, SUITE 502**
                **WORCESTER, MA 01608**

O: Forms\Local\ClerksCertificate-COA.frm- 3/06