# James W. Rosseel
### Attorney At Law
P.O. Box 60093
Worcester, Massachusetts 01606



Telephone 508-856-9444                                Email: jamesrosseel@charter.net

July 25, 2008

Mr. Martin Castles, Courtroom Clerk
The Honorable F. Dennis Saylor IV
United States District Court – Central Division
595 Main Street
Worcester, MA  01608

re: **Jose M. Castillo v. Steven O'Brien**, U.S.D.C. Civil Action No. 05-40040-FDS

Dear Mr. Castles:

    I am enclosing a draft Motion to Proceed "In Forma Pauperis" that I am prepared to file with the District Court once Judge Saylor has – hopefully – allowed me to file my appearance "pro hac vice". Attorney Peter Ettenberg has agreed to sponsor my effort to appear "pro hac vice", and I will be conferring with him when he returns from vacation, on August 4, 2008.
    The Clerk's office at the 1st Circuit has also suggested that I file a motion there seeking an extension of the filing fee deadline. Enclosed, for your information, is a copy of this motion which I have filed with the 1st Circuit.
    Assuming that Judge Saylor permits me to file an appearance "pro hac vice" the court can then consider the petitioner's motion to proceed "in forma pauperis". Then the court would probably take up the pending Application for a Certificate of Appealability.

    Thank you for your past and continued courtesies and assistance.

Very truly yours,

James W. Rosseel, Esq.

Enclosures

cc: Peter Ettenberg, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

PETITIONER's MOTION TO PROCEED "IN FORMA PAUPERIS"

Now comes the Petitioner Jose M. Castillo and respectfully requests that he be permitted to proceed "in forma pauperis". In support of this motion the petitioner asserts the following:

1. He was found to be indigent by the Massachusetts state court and was assigned trial counsel for purposes of the original state criminal trial proceedings that are the basis of this pending appeal to the 1st Circuit Court of Appeals.

2. This assignment of counsel was made on April 17, 2001 by the Committee for Public Counsel Services (CPCS), NAC # C21703021.

3. Rule 24 of the Federal Rules of Appellate Procedure provides in pertinent part as follows: "(3) **Prior Approval.** A party ... who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization ...".

4. Since the petitioner was so determined to be financially unable to obtain

an adequate defense in the earlier state court criminal case he asks that he be permitted to continue to proceed "in forma pauperis".

5. In the alternative, and if it is determined that he needs to submit an Application to Proceed Without the Payment of the Filing Fee and an Affidavit of Indigency, then he respectfully requests that he be granted until _____, to either file the 1st Circuit Court of Appeals' filing fee ($455.00) or file said Affidavit and Application.

                                          Respectfully submitted,

Date: _____

                                          _____
James W. Rosseel, Esq.
Counsel for Jose Castillo
P.O. Box 60093
Worcester, MA  01606
Tel. (508) 856-9444
BBO #430400