## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

**JOSE M. CASTILLO,**
Petitioner

v.

**STEVEN O'BRIEN**
Respondent

_____

**MOTION TO ADMIT JAMES W. ROSSEEL, ESQ. AS ATTORNEY *PRO HAC VICE* FOR THE PETITIONER, JOSE M. CASTILLO,**

Now comes Peter L. Ettenberg, Esq., and moves this Honorable Court, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, to admit James W. Rosseel, Esq. as attorney *pro hac vice* for the petitioner, Jose M. Castillo.

Respectfully submitted,

Date: August 4, 2008

/s/ Peter L. Ettenberg
Peter L. Ettenberg, Esq.
Gould & Ettenberg, P.C.
370 Main Street, Suite 1050
Worcester, MA  01608
Tel. (508) 752-6733
BBO #156520

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent
_____

NOTICE OF LIMITED APPEARANCE

Please enter my appearance on behalf of the petitioner JOSE M. Castillo for the limited purpose of filing a Motion To Admit James W. Rosseel, Esq. as Attorney *Pro Hac Vice* for the Petitioner, Jose M. Castillo.

Date: July 28, 2008

/s/ Peter L. Ettenberg_____
Peter L. Ettenberg, Esq.
Gould & Ettenberg, P.C.
370 Main Street, Suite 1050
Worcester, MA  01608
Tel. (508) 752-6733
BBO #156520

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent

_____

**CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, James W. Rosseel, Esq. assert the following, of my own personal knowledge and belief, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts.

1. I am a member in good standing of the Massachusetts bar, BBO #430400.

2. There are no disciplinary proceedings pending against me as a member of the Massachusetts bar.

3. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Date: August 4, 2008

/s/ James W. Rosseel
James W. Rosseel, Esq.
Counsel for Jose Castillo
P.O. Box 60093
Worcester, MA 01606
Tel. (508) 856-9444
BBO #430400

# James W. Rosseel
**Attorney At Law**

------------

**P.O. Box 60093**
**Worcester, Massachusetts 01606**

**Telephone 508-856-9444**                                                  **Email: jamesrosseel@charter.net**

August 4, 2008

Mr. Martin Castles
Courtroom Clerk
The Honorable F. Dennis Saylor IV
United States District Court – Central Division
Harold Donahue Federal Building
595 Main Street
Worcester, MA  01608

re: **Jose M. Castillo v. Steven O'Brien**,
   U.S.D.C. Civil Action No. 05-40040-FDS

Dear Mr. Castles:

   Enclosed please find the following:

   1. Limited appearance of Peter L. Ettenberg, Esq.;
   2. Attorney Ettenberg's Motion to Admit James W. Rosseel, Esq., *pro hac vice* as Counsel for the Petitioner, Jose M. Castillo;
   3. Affidavit of James W. Rosseel, Esq. for *pro hac vice* admission;
   4. Filing fee ($50.00) - being sent under separate cover.

   Thank you for your past and continued courtesies and assistance.

Very truly yours,


James W. Rosseel, Esq.

Enclosures

cc: client
   Eva M. Badway, Ass't Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40040-FDS

JOSE M. CASTILLO,
Petitioner

v.

STEVEN O'BRIEN
Respondent
_____

**CERTIFICATE OF SERVICE**

I, Peter L. Ettenberg, Esq., hereby certify that on August 4, 2008 I served a copy of the following documents on the following parties by way of the U.S. Mail:

- **Notice of Limited Appearance;**
- **Motion To Admit Attorney *Pro Hac Vice*; and**
- **Certificate In Support Of Application For Admission *Pro Hac Vice***

Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1598
att'n: Eva M. Badway, Ass't Attorney General


Date: August 4, 2008          /s/ Peter L. Ettenberg_____
                                 Peter L. Ettenberg, Esq.