# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 05-40040-FDS

**JOSE M. CASTILLO,**
**Petitioner**

v.

**STEVEN O'BRIEN**
**Respondent**

_____

### PETITIONER's MOTION TO PROCEED "IN FORMA PAUPERIS"

Now comes the Petitioner Jose M. Castillo and respectfully requests that he be permitted to proceed "in forma pauperis". In support of this motion the petitioner asserts the following:

1. He was found to be indigent by the Massachusetts state court and was assigned trial counsel for purposes of the original state criminal trial proceedings that are the basis of this pending appeal to the 1st Circuit Court of Appeals.

2. This assignment of counsel was made on April 17, 2001 by the Committee for Public Counsel Services (CPCS), NAC # C21703021.

3. Rule 24 of the Federal Rules of Appellate Procedure provides in pertinent part as follows: "(3) **Prior Approval.** A party ... who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization ...".

4. Since the petitioner was so determined to be financially unable to obtain

an adequate defense in the earlier state court criminal case he asks that he be permitted to continue to proceed "in forma pauperis".

5. In the alternative, and if it is determined that he needs to submit an Application to Proceed Without the Payment of the Filing Fee and an Affidavit of Indigency, then he respectfully requests that he be granted until August 29, 2008 to either file the 1st Circuit Court of Appeals' filing fee ($455.00) or file said Affidavit and Application.

                                        Respectfully submitted,

Date: August 18, 2008             /s/ James W. Rosseel, Esq.
                                        James W. Rosseel, Esq., BBO #430400
                                        Counsel for Jose Castillo
                                        P.O. Box 60093
                                        Worcester, MA 01606
                                        Tel. (508) 856-9444
                                        jamesrosseel@charter.net