UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE M. CASTILLO,
          Petitioner

     V.

STEVEN O'BRIEN,
          Respondent.

CIVIL ACTION

NO.  05-40040-FDS

MEMORANDUM AND ORDER

SAYLOR, D. J.

    Now before this Court is Petitioner's Motion for Leave to Proceed on Appeal *in forma pauperis* (Docket No 26), filed by his counsel.  No financial affidavit signed by Petitioner was attached to the motion, nor was his certified prison account statement submitted.  Rather, counsel for Petitioner merely asserts that Petitioner was determined to be indigent by the Commonwealth of Massachusetts state court, and that he had been assigned counsel from the Committee for Public Counsel Services.

    Under the Federal Rules of Appellate Procedure, a person moving for leave to appeal *in forma pauperis* must attach to his motion an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure]" the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). Where the appellant is a prisoner, he is required to submit "a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the . . . notice of appeal." 28 U.S.C. § 1915(a)(2).

    Here, Petitioner failed to submit a signed financial affidavit along with his prison account statement as required.[1]  Without this information, the Court cannot grant the Petitioner's motion

---

[1] Petitioner also did not include with the motion to appeal *in forma pauperis* a statement of the issues he intends to present on appeal, see Fed. R. App. P. 24(a)(1)(C).

to appeal *in forma pauperis*. Counsel's assertion that the state court has found Petitioner to be indigent is not sufficient to fulfill the statutory requirements for proceeding *in forma pauperis* in the federal courts. This Court must make an independent evaluation whether Petitioner qualifies for *in forma pauperis* status on appeal. Counsel has apparently recognized that the motion might be deemed deficient, and therefore has made an alternative request to pay the appellate filing fee or to file an Affidavit and Application to proceed *in forma pauperis*, by August 29, 2008.

In light of the above, Petitioner's Motion for Leave to Proceed on Appeal *in forma pauperis* (Docket No. 26) is hereby DENIED without prejudice as defective. By September 23, 2008, Petitioner either shall pay the $455.00 appellate filing fee, or he shall file a renewed Motion for Leave to Proceed on Appeal *in forma pauperis* directly with the United States Court of Appeals for the First Circuit. See Fed. R. App. P. 24(a)(5).[2]

The Clerk is directed to send Petitioner's counsel a copy of the form financial affidavit used by the United States Court of Appeals for the First Circuit. The Clerk is also directed to transmit a copy of this Memorandum and Order to the First Circuit forthwith.

SO ORDERED.

DATED: 9/3/08

/s/ F. Dennis Saylor IV
F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

---

[2] Fed. R. App. P. 24(a)(5) provides:

A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to proceed *in forma pauperis*]. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

Fed. App. P. 24(a)(5).