UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number : 08-1847

USDC Docket Number : 05-cv-40040-FDS

JOSE M. CASTILLO

v.

STEVEN O'BRIEN

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the updated docket sheet reflecting the Orders on Motion to appeal in forma pauperis and Motion to proceed pro hac vice document # 26&25 are included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/3/08.

Sarah A. Thornton, Clerk of Court

By:    /s/ Sherry Jones
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06